**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICK J. DOHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| WASHINGTON FEDERAL BANK FOR | ) | |
| SAVINGS, JOHN GEMBARA, | ) | |
| individually and as president of | ) | |
| Washington Federal Bank, JANE TRAN, | ) | |
| and CROWLEY AND LAMB, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

**THE FEDERAL DEPOSIT INSURANCE
CORPORATION'S NOTICE OF REMOVAL**

The FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Washington Federal Bank for Savings ("FDIC-R"), by and through its attorneys Ronald Austin, Jr. and Ashley Starks, and pursuant to 12 U.S.C. § 1819(b)(2)(B), gives Notice of Removal of this cause to the United States District Court for the Northern District of Illinois, Eastern Division, from the Appellate Court of Illinois, First District. The FDIC-R further states:

1.      On June 28, 2016, Plaintiff filed a five-count Complaint in the Circuit Court of Cook County, Illinois, against Defendants, Washington Federal Bank for Savings ("Washington Federal"), its President John Gembara, its Corporate Secretary Jane Tran, and its outside counsel Crowley & Lamb, P.C., asserting causes of action for breach of contract, forgery, excessive fees, fraud, and legal malpractice. These claims were related to a loan extended to a limited liability company, Worth Conversion, LLC. The loan was the subject of a previous lawsuit.

2.      On August 15, 2016, Defendants filed a motion to dismiss the Complaint.  On August 22, 2016, an order was entered granting the motion and allowing Plaintiff leave to file his Amended Complaint.

3.      On August 31, 2016, Plaintiff filed his Amended Complaint, asserting the same causes of action for breach of contract, forgery, excessive fees and fraud.  However, Plaintiff asserted a claim for malicious prosecution instead of the legal malpractice claim.

4.      On September 13, 2016, Defendants filed a motion to dismiss the Amended Complaint with prejudice.  On October 12, 2016, the court granted the Defendants' motion.

5.      On November 9, 2016, Plaintiff filed a motion seeking to vacate or strike the final order dismissing the action.  This motion was denied on December 20, 2016.

6.      On January 17, 2017, Plaintiff filed a Notice of Appeal to the Illinois Appellate Court, docketed as No. 1-17-0161.

7.      On December 15, 2017, the Office of the Comptroller of the Currency closed Washington Federal and appointed the Federal Deposit Insurance Corporation as Receiver, pursuant to 12 U.S.C §1464(d)(2) and §1821(c)(5).  FDIC-R accepted the appointment as Receiver on the same date.

8.      On January 8, 2018, the FDIC-R filed its Motion of Substitution as Receiver for Washington Federal in this action.  This motion was granted on January 24, 2018.  A copy of the order is attached as Exhibit A.

9.      Congress has given the Federal Deposit Insurance Corporation broad power to remove cases from state court.  *See* 12 U.S.C. § 1819(b)(2)(A) (providing that all actions in which the FDIC is a party are "deemed to arise under the laws of the United States."). Specifically, 12 U.S.C. § 1819(b)(2)(B) provides that the Federal Deposit Insurance Corporation

"may, without bond or security, remove any action, suit, or proceeding from a State court to the appropriate United States district court before the end of the 90-day period beginning on the date the action, suit, or proceeding is filed against the [FDIC] or the [FDIC] is substituted as a party." This case is removable even though it is pending before a state appellate court. *See Federal Deposit Ins. Corp. v. Meyerland Co.*, 960 F.2d 512, 516-17 (5th Cir. 1992) ("*Meyerland*"); *Reilly v. Waukesha County*, 993 F.2d 1284, 1286-87 (7th Cir. 1993) (citing *Meyerland*); *Mehta v. Shah*, 113 F. App'x 165, 166-67 (7th Cir. 2004) (reviewing appeal in case that the FDIC as receiver had removed to a district court from the Illinois Appellate Court).

10.     12 U.S.C. § 1819(b)(2)(D) does not apply to this action because, among other reasons, Washington Federal was not a state-chartered bank and the FDIC-R was not appointed by state authorities.

11.     This Notice of Removal is made and filed within 90 days from the date the Federal Deposit Insurance Corporation was substituted as a party in this action, therefore removal to the United States District Court for the Northern District of Illinois is proper.

12.     Attached hereto as Group Exhibit B is the Record on Appeal, and attached as Exhibit C is Plaintiff's Appellate Brief, all of which predate the FDIC-R's appearance in this action.[1]  Pursuant to 28 U.S.C. § 1446(a), attached are the documents served upon the FDIC-R in this action:  Defendants John Gambara, Jane Tran, and Crowley & Lamb, P.C.'s Response Brief (Exhibit D) and Motion to Substitute Counsel (Exhibit E).

---

[1]     Out of an abundance of caution the FDIC-R has redacted loan numbers referenced in several documents in the Record on Appeal, although redaction may not be required under Federal Rule 5.2(a) & (b).

13.     The FDIC-R will promptly serve notice of the filing of this Notice of Removal on all parties of record in this action and on the Illinois Appellate Court, pursuant to 28 U.S.C. § 1446(d).

14.     The FDIC-R reserves the right to supplement this Notice of Removal when additional information becomes available.  The filing of this Notice is subject to, and without any waiver of, any and all applicable defenses or objections.

Dated: January 30, 2018

Respectfully submitted,

**FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON FEDERAL BANK FOR SAVINGS**

By: _/s/ Ronald Austin, Jr._____
        Ronald Austin, Jr.

Ronald Austin, Jr.
Ashley Starks
GRANT LAW, LLC
230 West Monroe Street, Suite 240
Chicago, Illinois 60606
(312) 551-0111
raustin@grantlawllc.com
astarks@grantlawllc.com

4

## **CERTIFICATE OF SERVICE**

I, Ronald Austin, Jr., an attorney, certify that I served a copy of **The Federal Deposit Insurance Corporation's Notice of Removal** on the parties listed below by depositing a true and correct copy of same, with postage prepaid, in the U.S. Mail Chute located at 230 West Monroe Street, Chicago, Illinois, prior to 5:00 p.m. on this 30th day of January, 2018.

James M. Crowley                        Patrick J. Doherty
Plunkett Cooney, P.C.                   7826 W. 103rd St.
221 N. LaSalle St., Suite 1550          Palos Hills, Illinois 60465
Chicago, Illinois 60601

                                        /s/ *Ronald Austin, Jr.*
                                        Ronald Austin, Jr.

Ronald Austin, Jr.
Ashley Starks
GRANT LAW, LLC
230 West Monroe Street, Suite 240
Chicago, Illinois 60606
(312) 551-0111
raustin@grantlawllc.com
astarks@grantlawllc.com