# EXHIBIT E

No. 17-01-0161

IN THE APPELLATE COURT OF ILLINOIS
FIRST JUDICIAL DISTRICT
FROM THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| PATRICK J. DOHERTY,<br>Plaintiff, | No. 16 L 6379 |
| v. | Trial Court Judge:<br>Hon. Thomas R. Mulroy |
| WASHINGTON FEDERAL BANK FOR SAVINGS, JOHN GEMBARA, individually and as President of Washington Federal Bank, JANE TRAN, and CROWLEY & LAMB, | Date of Final Order: 12/20/16<br>Notice of Appeal filed: 1/17/17 |

DEFENDANTS – APPELLEES' MOTION TO SUBSTITUTE COUNSEL

NOW COMES Defendants Appellees John Gembara, Jane Tran, and Crowley & Lamb, P.C (collectively "Defendants") and moves this Court to grant Plunkett Cooney P.C. leave to file its substitute appearance on behalf of Defendants, and grant Crowley & Lamb, P.C. leave to withdraw on behalf of Defendants and defendant Washington Federal Bank for Savings ("WFB"), and in support thereof states as follows:

1. On or about August 11, 2017 Crowley & Lamb, P.C. filed its appearance on behalf of Defendants and WFB.

2. On or about October 31, 2017, the law firm of Crowley & Lamb ceased operations and its attorneys joined the firm of Plunkett Cooney, P.C.

3. Further, on or about December 15, 2017, Defendant WFB was closed by the FDIC.

4. Counsel for the FDIC has informed the below signed counsel that the firm of Grant Law, LLC filed its motion to substitute in as counsel for the FDIC as the receiver for WFB on January 8, 2018 in this appeal.

WHEREFORE, Defendants Appellees John Gembara, Jane Tran, and Crowley & Lamb, P.C respectfully request this Court grant Plunkett Cooney P.C. leave to file its substitute appearance on behalf of Defendants Appellees John Gembara, Jane Tran, and Crowley & Lamb, P.C, grant Crowley & Lamb, P.C. leave to withdraw as counsel for Defendants Appellees John Gembara, Jane Tran, Crowley & Lamb, P.C., and Washington Federal Bank for Savings, and grant such further relief to which Defendants are entitled.

Dated: January 8, 2018.

Respectfully submitted,

Plunkett Cooney, P.C.

By: _____
One of its Attorneys

James M. Crowley
Matthew L. Hendricksen
Plunkett Cooney, P.C.
221 North LaSalle Street, Suite 1550
Chicago, Illinois 60601
312-670-6900
Attorney No.: 61262
mhendricksen@plunkettcooney.com
jcrowley@plunkettcooney.com

No. 17-01-0161

IN THE APPELLATE COURT OF ILLINOIS
FIRST JUDICIAL DISTRICT
FROM THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| PATRICK J. DOHERTY,<br>Plaintiff, | No. 16 L 6379 |
| v. | Trial Court Judge:<br>Hon. Thomas R. Mulroy |
| WASHINGTON FEDERAL BANK FOR SAVINGS, JOHN GEMBARA, individually and as President of Washington Federal Bank, JANE TRAN, and CROWLEY & LAMB, | Date of Final Order: 12/20/16<br>Notice of Appeal filed: 1/17/17 |

### AFFIDAVIT OF MATTHEW L. HENDRICKSEN IN SUPPORT OF MOTION TO SUBSTITUTE

I, Matthew L. Hendricksen, hereby certify and attest that:

1. I am an attorney duly licensed to practice law in the State of Illinois, and am counsel for certain Defendants-Appellees in the above-captioned matter.

2. I was previously employed as an attorney for Crowley & Lamb, P.C. and am now employed as an attorney for Plunkett Cooney, P.C.

3. The facts set forth in the attached motion to substitute are true and correct.

(remainder of this page is intentionally blank)

Dated: January 8, 2018

Respectfully submitted,

By: _____
Matthew L. Hendricksen

Subscribed to and sworn before
me this 8th day of January, 2018

Notary Public

OFFICIAL SEAL
CRYSTAL B LUCAS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/04/20

James M. Crowley
Matthew L. Hendricksen
CROWLEY & LAMB, P.C.
221 North LaSalle Street, Suite 1550
Chicago, Illinois 60601
312-670-6900
Attorney No.: 61262
mhendricksen@plunkettcooney.com
jcrowley@plunkettcooney.com

No. 17-01-0161

IN THE APPELLATE COURT OF ILLINOIS
FIRST JUDICIAL DISTRICT
FROM THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| PATRICK J. DOHERTY,<br>Plaintiff,<br><br>v.<br><br>WASHINGTON FEDERAL BANK FOR<br>SAVINGS, JOHN GEMBARA, individually and as<br>President of Washington Federal Bank, JANE TRAN,<br>and CROWLEY & LAMB, | )<br>)  No. 16 L 6379<br>)<br>)  Trial Court Judge:<br>)  Hon. Thomas R. Mulroy<br>)<br>)  Date of Final Order: 12/20/16<br>)  Notice of Appeal filed: 1/17/17<br>) |

NOTICE OF FILING

To: Patrick Doherty
7836 West 103rd Street
Palos Hills, Illinois 60465
*Attorneys for Plaintiff-Appellant*

*Grant Law, LLC*
*230 West Monroe Street, Suite 240*
*Chicago, IL 60606*
*Attorneys for FDIC*

**PLEASE TAKE NOTICE** that on January 8, 2018 the undersigned counsel caused to be filed with the clerk of the Illinois Appellate Court, First District, Defendants' Motion to Substitute, a true and correct copy of which is hereby served upon you.

_____
Matthew L. Hendricksen

No. 17-01-0161

IN THE APPELLATE COURT OF ILLINOIS
FIRST JUDICIAL DISTRICT
FROM THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| PATRICK J. DOHERTY, ) | |
|     Plaintiff, ) | No. 16 L 6379 |
| ) | |
| v. ) | Trial Court Judge: |
| ) | Hon. Thomas R. Mulroy |
| WASHINGTON FEDERAL BANK FOR ) | |
| SAVINGS, JOHN GEMBARA, individually and as ) | Date of Final Order: 12/20/16 |
| President of Washington Federal Bank, JANE TRAN, ) | Notice of Appeal filed: 1/17/17 |
| and CROWLEY & LAMB, ) | |

CERTIFICATE OF SERVICE

I certify that I caused Defendants' Motion to Substitute to be served upon:

Patrick Doherty
7836 West 103rd Street
Palos Hills, Illinois 60465
*Attorneys for Plaintiff-Appellant*

*Grant Law, LLC
230 West Monroe Street, Suite 240
Chicago, IL 60606
Attorneys for FDIC*

via USPS by first class mail by depositing same, with proper postage prepaid, into a USPS mail box at 221 N. LaSalle Street, Chicago, IL on Janurary 8, 2018, prior to the hour of 5:00 P.M.

_____
Matthew L. Hendricksen

No. 17-01-0161

IN THE APPELLATE COURT OF ILLINOIS
FIRST JUDICIAL DISTRICT
FROM THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| PATRICK J. DOHERTY, ) | |
| Plaintiff, ) | No. 16 L 6379 |
| ) | |
| v. ) | Trial Court Judge: |
| ) | Hon. Thomas R. Mulroy |
| WASHINGTON FEDERAL BANK FOR ) | |
| SAVINGS, JOHN GEMBARA, individually and as ) | Date of Final Order: 12/20/16 |
| President of Washington Federal Bank, JANE TRAN, ) | Notice of Appeal filed: 1/17/17 |
| and CROWLEY & LAMB, ) | |

ORDER

This matter coming to be heard on Defendants' Motion to Substitute, the Court being duly advised in the premises, IT IS HEREBY ORDERED:

1. Defendants' Motion is [Granted / Denied]

2. Plunkett Cooney P.C. is granted leave to file its substitute appearance on behalf of Defendants Appellees John Gembara, Jane Tran, and Crowley & Lamb, P.C, and Crowley & Lamb, P.C. is granted leave to withdraw as counsel for Defendants Appellees John Gembara, Jane Tran, Crowley & Lamb, P.C., and Washington Federal Bank for Savings

ENTERED:

Date:_____     _____

James M. Crowley
Matthew L. Hendricksen
CROWLEY & LAMB, P.C.
221 North LaSalle Street, Suite 1550
Chicago, Illinois 60601
312-670-6900
mhendricksen@plunkettcooney.com
jcrowley@plunkettcooney.com