No. 18-cv 703

IN THE NORTHERN DISTRICT OF ILLINOIS
UNITED STATES DISTRICT COURT

PATRICK J. DOHERTY )
    *Plaintiffs/Appellant,* )
     )
vs. ) 18 cv 703
     )
WASHINGTON FEDERAL BANK FOR )
SAVINGS & JOHN GEMBARA, )
individually and as president of )
Washington Federal Bank. JAN TRAN )
CROWLEY & LAMB FDIC successor in )
interest to failed bank )
    *Defendants/Appellees* )

## MOTION TO LIFT AUTOMATIC STAY

**NOW COMES**, plaintiff by and through their attorney, PATRICK DOHERTY, and respectfully requests this court to enter an Order Lifting the automatic stay to allow the case to proceed;

*In support states as follows:*

1.    On, January 30, 2018, the above captioned matter was removed from Cook County Court and this court entered a stay until the FDIC could review the claim.

2.    The FDIC has disallowed the claim. Ex A. This case should be sent back to The Illinois Appellate Court as it has been fully briefed.

**WHEREFORE**, the plaintiff, respectfully request this honorable court to lift the automatic stay and allow the matter be returned to The Appellate Court instanter.

BY: _____
        PATRICK DOHERTY.

6210363
Attorney at Law
7826 West 103rd Street
Palos Hills, Illinois 60465
Telephone No: (708) 598-6626
Facsimile No: (708) 598-8778